UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK A. DWYER,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ABB OPTRICAL GROUP; ABB CONCISE OPTICAL GROUP LLC,<br><br>                              Defendants. | 1:21-CV-10822 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued April 18, 2022, dismissing this action for failure to state a claim on which relief may be granted,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 18, 2022
           New York, New York

                                                          /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                      Chief United States District Judge